UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVANTAGE HEALTHPLAN INC. et al., | ) | Civil Action No. 08-0718-CKK |
| | ) | (Appeal) |
| Appellants, | ) | |
| | ) | |
| v. | ) | Bankruptcy No. 99-1159 |
| | ) | (Chapter 11) |
| PILLSBURY WINTHROP SHAW | ) | |
| PITTMAN, LLP et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| | ) | |

## MOTION TO EXTEND DEADLINE TO FILE BRIEFS

Advantage Healthplan, Inc., and Elliot R. Wolff ("Appellants"), through counsel, Stinson Morrison Hecker LLP, hereby submit their Motion to Extend Deadline to File Briefs and state as follows:

1.    On April 25, 2008, this appeal was entered on the docket.

2.    Pursuant to Fed. R. Bankr. P. 8009, and the Notice of Appeal from the U.S. Bankruptcy Court, Appellants' brief would be due on May 10, 2008.

3.    On May 1, 2008, counsel for Appellants e-mailed counsel for Pillsbury Winthrop Shaw Pittman, LLP and counsel for the Plan Committee ("Appellees") requesting a two week extension of time for filing Appellants' brief.

4.    Appellees' counsel responded by e-mail consenting to the extension subject to review of the submission to this Court.

5.    Counsel for Appellees have seen this motion and have indicated their consent to entry of the proposed order submitted herewith.

WHEREFORE, Appellants respectfully request that this Court enter an order extending

the deadline for Appellants to file their brief until May 23, 2008, and extending the time for

Appellees to file their briefs until June 20, 2008.

Dated: May 5, 2008                              Respectfully submitted,

                                                /s/ Lawrence P Block
                                                Janet M. Nesse  Bar No. 358514
                                                Lawrence P. Block  Bar No. 452190
                                                STINSON MORRISON HECKER LLP
                                                1150 18th St., NW, Suite 800
                                                Washington, DC 20036
                                                Telephone: (202) 785-9100
                                                Fax:  (202) 785-9163

                                                *Counsel for Appellants Advantage
                                                Healthplan Inc. and Elliot R. Wolff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVANTAGE HEALTHPLAN INC. et al., | ) | Civil Action No. 08-0718-CKK |
| | ) | (Appeal) |
| Appellants, | ) | |
| | ) | |
| v. | ) | Bankruptcy No. 99-1159 |
| | ) | (Chapter 11) |
| PILLSBURY WINTHROP SHAW | ) | |
| PITTMAN, LLP et al., | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING MOTION TO EXTEND
DEADLINE TO FILE REPLY BRIEFS**

This matter came before the Court on Appellants' Motion to Extend Deadline to File

Briefs.  Based upon the representations made in the Motion, it is this _____ day of May,

2008, hereby:

**ORDERED**, that the deadline for the Appellants to reply to their briefs is extended from

May 10, 2008 to May 23, 2008; and it is

**FURTHER ORDERED,** that the deadline for Appellees to file their briefs is extended to

June 20, 2008.

_____
Judge Colleen Kollar-Kotelly