Stephen E. Leach, D.C. Bar No. 925735
D. Marc Sarata, D.C. Bar No. 489488
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
*Counsel to Appellee, the Plan Committee*
*Of the Greater Southeast Community*
*Hospital Foundation, et al.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ADVANTAGE HEALTHPLAN, INC. and ELLIOT R. WOLFF, ) ) ) ) |  |
| Appellants, ) ) | Civil Action No. 08-0718-CKK (Appeal) |
| v. ) ) |  |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP, *et al.*, ) ) ) ) | Bankruptcy No. 99-1159 (Chapter 11) |
| Appellees. ) ) |  |

**NOTICE OF APPEARANCE AS COUNSEL TO APPELLEE,**
**THE PLAN COMMITTEE OF THE GREATER SOUTHEAST**
**COMMUNITY HOSPITAL FOUNDATION, *ET AL*.**

PLEASE TAKE NOTICE, that Leach Travell Britt pc ("LTB") respectfully appears in this appeal as counsel to appellee, the Plan Committee of The Greater Southeast Community Hospital Foundation, *et al*. (the "Plan Committee"). LTB hereby requests that, to the extent required by the Local Rules of the Court and the Federal Rules of Civil Procedure, copies of all notices and other filings in this proceeding be served upon it at the following address:

> LEACH TRAVELL BRITT pc
> Attn: Stephen E. Leach (D.C. Bar No. 925735)
> Attn: D. Marc Sarata (D.C. Bar No. 489488)
> 8270 Greensboro Drive, Suite 1050
> McLean, Virginia 22102

Date:  May 9, 2008                                  Respectfully submitted,

                                                                LEACH TRAVELL BRITT pc

/s/Stephen E. Leach
Stephen E. Leach (Bar No. 925735)

/s/D. Marc Sarata
D. Marc Sarata (Bar No. 489488)
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone:   (703) 584-8902
Facsímile:    (703) 584-8901
E-mail:       sleach@ltblaw.com
E-mail:       msarata@ltblaw.com

Counsel to the Plan Committee

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2008, I caused a copy of the foregoing Notice of Appearance as Counsel to the Plan Committee of the Greater Southeast Community Hospital Foundation, Inc., *et al*., to be served via the Court's ECF system and/or by first class mail, postage prepaid, and/or e-mail, upon the following:

Janet M. Nesse, Esq.
Lawrence P. Block, Esq.
STINSON MORRISON HECKER LLP
1150 18th Street NW, Suite 800
Washington, D.C. 20036

Patrick J. Potter, Esq.
Jerry Hall, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
2300 N Street NW
Washington, D.C. 20037

Dennis Early, Asst. U.S. Trustee
Office of the U.S. Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

                                              */s/D. Marc Sarata*
                                              D. Marc Sarata (D.C. Bar No. 489488)