## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Advantage Healthplan Inc., | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) ) | Case No. 08-0718-CKK |
| Pillsbury Winthrop Shaw Pittman LLP, and Patrick J. Potter, Solely in His Capacity as Former Plan Agent, | ) ) ) ) | |
| Appellees. | ) ) ) | |

### APPELLEES' MOTION TO STAY FURTHER BRIEFING

Appellees, Pillsbury Winthrop Shaw Pittman LLP and Patrick J. Potter, solely in his Capacity as Former Plan Agent (for convenience, collectively "Pillsbury"), respectfully submit this Motion to Stay Further Briefing.

1. This is an appeal of a February 26, 2008 bankruptcy court order finding that the Plan Committee is in breach of a settlement agreement.

2. On May 30, 2008 Pillsbury unconditionally waived the judicially-determined breach of the settlement agreement and any damages. Pillsbury stipulates that it is now as though the settlement agreement was never breached by the Plan Committee.

3. On June 6, 2008, Pillsbury filed a motion to dismiss this appeal as Constitutionally and equitably moot.

4. Currently, if Pillsbury is going to file an appellate brief, its deadline is June 20, 2008.

5. There is a high likelihood that the Court will grant the motion to dismiss. As such, Pillsbury submits that it is appropriate to stay further briefing of the merits until after the Court decides the motion to dismiss.

6. No prejudice to anyone will occur by granting this motion.

7. The undersigned consulted with opposing counsel prior to filing this Motion. Opposing counsel would not consent to the relief sought herein.

Wherefore, for the foregoing reasons, Pillsbury requests that the Court enter an order staying further briefing of the merits, and requiring that any appellee brief be filed within fourteen (14) days after entry of an order denying Pillsbury's motion to dismiss.

Dated: June 6, 2008               Respectfully Submitted,

/s/ Patrick Potter
Patrick Potter (426514)
Jerry Hall (976461)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
(202) 663-8000
Counsel to Pillsbury