UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANTAGE HEALTHPLAN, INC., <br><br> Appellant, <br><br> v. <br><br> PATRICK J. POTTER, *et al.*, <br><br> Appellees. | Civil Action No. 08–718 (CKK) |

**ORDER**
(July 14, 2008)

On July 14, 2008, this Court issued a Memorandum Opinion and Order in *Advantage Healthplan, Inc. v. Potter*, Civil Action No. 08-166, which denied an appeal of two Bankruptcy Court Orders issued in *In re The Greater Southeast Community Hospital Foundation, Inc., et al.*, Bankruptcy Case No. 99-01159. The Court notes that the above-captioned case was filed as related to *Advantage Healthplan, Inc. v. Potter*, Civil Action 08-166, and that the parties' briefing in the above-captioned case suggests that the resolution of *Advantage Healthplan, Inc. v. Potter*, Civil Action 08-166 may have an impact on the above-captioned appeal. Accordingly, it is this 14th day of July, 2008, hereby

**ORDERED** that, on or before July 28, 2008, each party to the above-captioned appeal shall file a Notice with the Court indicating how, if it all, the resolution of *Advantage Healthplan, Inc. v. Potter*, Civil Action No. 08-166 affects the above-captioned appeal; it is further

**ORDERED** that briefing in the above-captioned case is STAYED pending the Court's receipt and consideration of the Notices described above.

**SO ORDERED**.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge