## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANTAGE HEALTHPLAN INC. and ELLIOT R. WOLFF, | |
| Appellants, | Civil Action No. 08-0718-CKK (Appeal) |
| v. | Bankruptcy No. 99-1159 (Chapter 11) |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP et al., | |
| Appellees. | |

## **NOTICE**

In its Order dated July 14, 2008, the Court ordered each party to the appeal to file a Notice with the Court indicating how, if at all, the resolution of *Advantage Healthplan, Inc. v. Potter*, Civil Action No. 08-166, affects this appeal. Pursuant to that Order, Advantage Healthplan, Inc. respectfully submits that two issues presented in Appellant's Brief were not resolved by the Court's July 14, 2008 Memorandum Opinion and Order. Those issues are as follows:

 1. Whether the Bankruptcy Court was divested of jurisdiction by the filing of the Notice of Appeal on December 31, 2007 and, therefore, did not have jurisdiction to enter the February 16, 2007 Order, in which it determined that the Plan Committee had breached the Settlement Agreement.

 2. Whether the Bankruptcy Court erred when it held that the Plan Committee had breached the Settlement Agreement.

July 28, 2008                               Respectfully submitted,


                                            /s/ Lawrence P. Block
                                            Janet M. Nesse  Bar No. 358514
                                            Lawrence P. Block  Bar No. 452190
                                            Stinson Morrison Hecker LLP
                                            1150 18th St., NW, Suite 800
                                            Washington, DC 20036
                                            Telephone: (202) 785-9100
                                            Fax:  (202) 785-9163

                                            *Counsel for Appellants*