UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| Advantage Healthplan Inc., | ) ) ) | |
| Appellant, | ) ) | |
| vs. | ) ) ) | Case No. 08-0718-CKK |
| Pillsbury Winthrop Shaw Pittman LLP, and Patrick J. Potter, Solely in His Capacity as Former Plan Agent, | ) ) ) ) ) | |
| Appellees. | ) ) | |

**APPELLEES' NOTICE IN COMPLIANCE WITH THE
COURT'S JULY 14, 2008 ORDER [DOCUMENT NO. 14]**

Appellees, Pillsbury Winthrop Shaw Pittman LLP and Patrick J. Potter, solely in his Capacity as Former Plan Agent (for convenience, collectively "Pillsbury"), respectfully submit this Notice in Compliance With the Court's July 14, 2008 Order [Document No. 14] (the "Order").

1. The Order requires the parties to file a Notice "with the Court indicating how, if at all, the resolution of Advantage Healthplan, Inc. v. Potter, Civil Action No. 08-166 affects the above-captioned appeal."

2. Advantage filed its Notice on July 28, 2008. See Document 15. There, Advantage acknowledges that four of the six issues it raised in this appeal need not be decided given the Court's decision in Civil Action No. 08-166 (the "First Appeal").[1]

---

[1] The issues resolved by the First Appeal, according to Advantage's Notice, are those at Sections C, D, E, and F of its appellate brief. The unresolved issues, according to Advantage, are those at Sections A and B of its appellate brief.

3.     For the reasons previously argued by Appellees in this appeal (see Document Numbers 8 and13), the two issues identified by Advantage in its July 28th Notice are also moot.

WHEREFORE, Appellees submit that there is no disagreement between the parties that one affect of the Court's decision in the First Appeal was to eliminate the four issues conceded by Advantage. While the decision in the First Appeal likely mooted all issues in this appeal, and while the relevant bankruptcy court decisions should be affirmed on the merits, the remaining two issues identified in Advantage's Notice are moot for the additional reasons Appellees have previously stated in this case in Document Numbers 8 and 13.

Dated: July 28, 2008                                    Respectfully Submitted,

/s/ Patrick Potter
Patrick Potter (426514)
Jerry Hall (976461)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037
(202) 663-8000
Counsel to Pillsbury