# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ADVANTAGE HEALTHPLAN INC. and ELLIOT R. WOLFF, ) ) ) |  |
| Appellants, ) ) | Civil Action No. 08-0718-CKK (Appeal) |
| v. ) ) | Bankruptcy No. 99-1159 (Chapter 11) |
| PILLSBURY WINTHROP SHAW PITTMAN, LLP ) et al., ) ) |  |
| Appellees. ) ) |  |

## SUPPLEMENTAL NOTICE

On July 28, 2008, Appellants filed a Notice stating that the Court's Memorandum Opinion in Civil Action No. 08-166 had not resolved two outstanding issues in this appeal. Appellants respectfully submit that the Memorandum Opinion did not address Appellants' contention that the Bankruptcy Court erred by allowing the Motion for Declaratory Judgment, which was the subject of this appeal, to proceed as a contested matter rather than as an adversary proceeding as required by Fed. R. Bankr. P. 7001(a).

Because Appellants fully briefed all issues in this appeal, no further briefing is required.

Dated: August 11, 2008                    Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse  Bar No. 358514
Lawrence P. Block  Bar No. 452190
Stinson Morrison Hecker LLP
1150 18th St., NW, Suite 800
Washington, DC 20036
Telephone: (202) 785-9100
Fax:  (202) 785-9163

*Counsel for Appellants*